# IN THE SUPREME COURT OF THE STATE OF NEVADA

PLASTER DEVELOPMENT COMPANY, INC.,

Appellant,

vs.

EXPERT AIR CONDITIONING & HEATING, INC.,

Respondent.

No. 72342

FILED

FEB 26 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

A review of this appeal indicated that all respondents had been dismissed pursuant to stipulation. On December 21, 2018, this court entered an order directing appellant to show cause why this appeal should not be dismissed in its entirety. The order cautioned that failure to respond would result in the dismissal of this appeal in its entirety. To date, appellant has failed to respond. Because it appears that all respondents have been dismissed pursuant to stipulation, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

19-08660

cc: Hon. Susan Johnson, District Judge
Eleissa C. Lavalle, Settlement Judge
Robbins Law Firm
Brown, Bonn & Friedman, LLP
Murchison & Cumming, LLC/Las Vegas
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
The Marks Law Group, LLP
Cisneros & Marias
Helm & Associates
Cooper Levenson, P.A.
Parker, Nelson & Associates
Lincoln, Gustafson & Cercos
Fredrickson, Mazeika & Grant
Eighth District Court Clerk